**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>James G. Traynham Jr.<br>&<br>Jennifer M. Traynham<br>Debtors | CHAPTER 13<br><br>BKY. NO. 18-12389 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                          Respectfully submitted,

                          **/s/ Rebecca A. Solarz, Esquire**
                          Rebecca A. Solarz, Esquire
                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 627-1322 FAX (215) 627-7734