IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | James G. Traynham, Jr.<br>Jennifer M. Traynham<br>Debtor | )<br>)<br>)<br>) | Chapter 13<br><br>No. 18-12389-MDC |

## CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
**Attorney for Debtor**

Date:4/12/19