# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **JAMES G. TRAYNHAM, Jr.** | : | **CHAPTER 13** |
| and | : | |
| **JENNIFER M. TRAYNHAM** | : | |
| Debtors | : | |
| | : | **No. 18-12389 (mdc)** |

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES

**TO THE CLERK:**

Kindly enter my appearance for Philadelphia Federal Credit Union in the above. All parties shall serve notices directed to my client upon me at the address appearing below.

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

**By:** /s/ *William J. Levant, Esquire*
**William J. Levant, Esquire**
Kaplin Stewart Meloff Reiter & Stein, P.C.
910 Harvest Drive; P.O. Box 3037
Blue Bell, PA 19422
Phone: (610) 941-2474
Facsimile: (610) 684-2020
wlevant@kaplaw.com
Attorneys for Philadelphia Federal Credit Union

Date: November 10, 2022

8025696v1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **JAMES G. TRAYNHAM, Jr.** | : | **CHAPTER 13** |
| and | : | |
| **JENNIFER M. TRAYNHAM** | : | |
| Debtors | : | |
| | : | **No. 18-12389 (mdc)** |

**CERTIFICATE OF SERVICE/MAILING**

I hereby certify that I sent a copy of the foregoing "Entry of Appearance and Request for Service of Notices" to each of the persons named below, by First Class Mail (unless otherwise stated) on November 10, 2022:

| | | |
|---|---|---|
| Office of the U.S. Trustee | | (via ECF) |
| David M. Offen, Esquire | (Debtor's counsel) | (via ECF) |
| Kenneth E. West, Esquire | (Chapter 13 Trustee) | (via ECF) |

James G. Traynham, Jr.
5648 Haddington Street
Philadelphia, PA 19131

Jennifer M. Traynham
5648 Haddington Street
Philadelphia, PA 19131

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

**By:**   /s/ *William J. Levant, Esquire*
**William J. Levant, Esquire**
Kaplin Stewart Meloff Reiter & Stein, P.C.
910 Harvest Drive; P.O. Box 3037
Blue Bell, PA 19422
Phone: (610) 941-2474
Facsimile: (610) 684-2020
wlevant@kaplaw.com
Attorneys for Philadelphia Federal Credit Union

8025696v1