IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

JAMES G. TRAYNHAM, Jr. : CHAPTER 13 No.
and :
JENNIFER M. TRAYNHAM : 18-12389 (mdc)
Debtors :
:

## WITHDRAWAL OF APPEARANCE

**TO THE CLERK:**

Kindly withdraw my appearance for Philadelphia Federal Credit Union in the above.

_____
JASON BRETT SCHWARTZ, Esquire

Date: November 9, 2022

7985130v1