United States Bankruptcy Court
Eastern District of Pennsylvania

In re:          Case No. 18-12389-mdc
James G Traynham, Jr.          Chapter 13
Jennifer M Traynham
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Feb 07, 2023      Form ID: 138OBJ      Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James G Traynham, Jr., Jennifer M Traynham, 5648 Haddington Street, Philadelphia, PA 19131-3414 |
| 14088708 | | Franklin Mint Federal Credit Union, Cardmember Service, P.O. Box 790408, Saint Louis, MO 63179-0408 |
| 14088709 | | Lankenau Medical Center, Patient Payments, P.O. Box 781145, Philadelphia, PA 19178-1145 |
| 14088714 | | Phila Gas Works, PO Box 11700, Newark, NJ 07101-4700 |
| 14088715 | + | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14098412 | + | Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 14735717 | + | Philadelphia Federal Credit Union, C/O WILLIAM J LEVANT, 910 Harvest Drive, Post Office Box 3037, Blue Bell, PA 19422-0765 |
| 14088717 | | Philadelphia Federal Credit Union, Cardmember Service, P.O. Box 790408, Saint Louis, MO 63179-0408 |
| 14176078 | + | Rebecca A. Solarz, Esquire, KML Law Group, P.C., Atty for Pennsylvania Housing, Finance Agency, 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14088725 | + | Weltman, Weinberg & Reis Co., LPA, 170 S. Independence Mall W., Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 08 2023 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2023 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14088702 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 08 2023 00:15:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 14088720 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 08 2023 00:15:00 | RBS Citizens Cc, 1 Citizens Dr, Ms: Rop 15b, Riverside, RI 02915 |
| 14204453 | | Email/Text: megan.harper@phila.gov | Feb 08 2023 00:15:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14088699 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 08 2023 00:26:46 | Capital One Auto Finance, P.O. Box 60511, City of Industry, CA 91716-0511 |
| 14103550 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 08 2023 00:26:46 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14092785 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 08 2023 00:26:47 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14088700 | + | Email/Text: bankruptcy@cavps.com | Feb 08 2023 00:15:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14090243 | + | Email/Text: bankruptcy@cavps.com | Feb 08 2023 00:15:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste |

Case 18-12389-mdc    Doc 65    Filed 02/09/23    Entered 02/10/23 00:33:33    Desc Imaged
                           Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 07, 2023 | Form ID: 138OBJ | Total Noticed: 44 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 400, Valhalla, NY 10595-2321 |
| 14088703 | + | Email/Text: bankruptcy@philapark.org | Feb 08 2023 00:15:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14088704 | | Email/Text: documentfiling@lciinc.com | Feb 08 2023 00:15:00 | Comcast Cable, P.O. Box 3006, Southeastern, PA 19398-3006 |
| 14118044 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 08 2023 00:26:47 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14088723 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 08 2023 00:26:47 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14262768 | | Email/Text: bnc-quantum@quantum3group.com | Feb 08 2023 00:15:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14094273 | | Email/Text: mrdiscen@discover.com | Feb 08 2023 00:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14088705 | + | Email/Text: mrdiscen@discover.com | Feb 08 2023 00:15:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14088707 | ^ | MEBN | Feb 08 2023 00:11:01 | Financial Recoveries, P.O. Box 1388, Mount Laurel, NJ 08054-7388 |
| 14088701 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 08 2023 00:16:32 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14109645 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 08 2023 00:15:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14088712 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 08 2023 00:15:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14109851 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 08 2023 00:15:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14088713 | | Email/Text: bankruptcies@penncredit.com | Feb 08 2023 00:15:00 | Penn Credit, 916 S. 14th Street, PO Box 988, Harrisburg, PA 17108-0988 |
| 14210248 | + | Email/Text: blegal@phfa.org | Feb 08 2023 00:15:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14088718 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 08 2023 00:26:42 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14088719 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 08 2023 00:26:51 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14115145 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 08 2023 00:26:51 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14091385 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 08 2023 00:26:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14088711 | + | Email/Text: blegal@phfa.org | Feb 08 2023 00:15:00 | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |
| 14088721 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 08 2023 00:26:46 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14088722 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 08 2023 00:26:47 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14122400 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 08 2023 00:15:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis, MO 63166-0108 |
| 14088706 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 08 2023 00:15:00 | Elan Financial Service, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 14088724 | | Email/Text: megan.harper@phila.gov | Feb 08 2023 00:15:00 | Water Revenue Bureau, 1401 JFK Blvd., |

Case 18-12389-mdc    Doc 65    Filed 02/09/23    Entered 02/10/23 00:33:33    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 07, 2023 | Form ID: 138OBJ | Total Noticed: 44 |

Philadelphia, PA 19102-1663

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14088710 | * | Lankenau Medical Center, Patient Payments, P.O. Box 781145, Philadelphia, PA 19178-1145 |
| 14088716 | *+ | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Jennifer M Traynham dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor James G Traynham  Jr. dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM J LEVANT | on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com  wlevant@gmail.com |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: James G Traynham, Jr. and Jennifer M Traynham

        Debtor(s)

Case No: 18−12389−mdc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/7/23

64 − 58
Form 138OBJ