# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    JAMES G. TRAYNHAM, JR. AND | : |
|    JENNIFER M. TRAYNHAM | : |
|         Debtors | : BANKRUPTCY NO. 18-12389MDC |

## PRAECIPE TO WITHDRAW DOCUMENT

Kindly withdraw DOCKET NO 68 as this was filed in error.

Respectfully submitted,

/s/ Kenneth E. West

Date: April 12, 2023

_____
KENNETH E. WEST, ESQUIRE
CHAPTER 13 STANDING TRUSTEE